THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* DIANA BECK, Appellant.

Argued January 22, 1942; decided April 23, 1942.

*I. Ben Greenman* for appellant.

*John J. Bennett, Jr., Attorney-General (Henry Epstein, Maurice H. Matzkin, Milton Kaplan, Joseph A. McLaughlin* and *Sol I. Smithline* of counsel), for respondent.

Judgment affirmed; no opinion.  (See 288 N. Y. 672.)

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.